**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| VINICIO JESUS GARCIA,<br>        ID # 01828198,<br>                Petitioner,<br><br>vs.<br><br>DIRECTOR, Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>                Respondent. | )<br>)<br>)<br>)   **No. 3:20-CV-3403-E-BH**<br>)<br>)<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Objections to US Magistrate Judge Findings Conclusions and Recommendation*, received on January 25, 2021 (doc.10), is hereby construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and **DENIED**.

In accordance with Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c) and after considering the record in this case and the recommendation of the Magistrate Judge, the movant is **DENIED** a Certificate of Appealability.  The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable

1

whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S. 473, 484

(2000).[1]

In the event that the petitioner files a notice of appeal, he must pay the $505.00 appellate

filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed

certificate of inmate trust account.

**SO ORDERED**.

SIGNED this 10th day of February, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1]    Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, as amended
effective on December 1, 2019, reads  as follows:

   **(a) Certificate of Appealability.** The district court must issue or deny a certificate of appealability
   when it enters a final order adverse to the applicant. Before entering the final order, the court may
   direct the parties to submit arguments on whether a certificate should issue. If the court issues a
   certificate, the court must state the specific issue or issues that satisfy the showing required by 28
   U.S.C. § 2253(c)(2). If the court denies a certificate, a party may not appeal the denial but may seek
   a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. A motion to
   reconsider a denial does not extend the time to appeal.
   **(b) Time to Appeal.** Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order
   entered under these rules. A timely notice of appeal must be filed even if the district court issues a
   certificate of appealability. These rules do not extend the time to appeal the original judgment of
   conviction.